# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:07CR00058-MPM-EMB

ADAM L. HILL

## ORDER

**UPON FURTHER REVIEW** of the file and record of this action, the Court finds the government filed a Motion to Revoke Bail [doc. 25] on October 10, 2007. During Defendant's arraignment, the Court stayed consideration of the government's Motion, pending a motion by the government for a hearing on the matter. Minute Entry for Arraignment [doc. 26]. As of this date, the government has not requested a hearing, and its Motion to Revoke Bail is hereby deemed moot.

**SO ORDERED** this, the 7th day of November, 2007.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE